CONFORMED COPIES

FILED

1  Audra M. Mori (State Bar No. 162850)
   Amori@perkinscoie.com
2  Katherine M. Dugdale (State Bar No. 168014)      2012 MAR -7 PM 2: 06
3  Kdugdale@perkinscoie.com
   PERKINS COIE LLP                                 CLERK U.S. DISTRICT COURT
4  1888 Century Park East, Suite 1700               CENTRAL DIST. OF CALIF.
                                                          LOS ANGELES
5  Los Angeles, California 90067                    BY _____
6  Tel: (310) 788-9900; Fax: (310) 788-3399

7  Attorneys for Plaintiff MICROSOFT CORPORATION

8
9              UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA

11

12  MICROSOFT CORPORATION, a            Case No. **CV 12    1929** -R
    Washington corporation,                                 (Ex)
13
                                        COMPLAINT FOR:
14            Plaintiff,
                                        (1) COPYRIGHT INFRINGEMENT;
15        v.                            (2) FEDERAL TRADEMARK
                                        INFRINGEMENT;
16  DATA EXCHANGE CORPORATION,          (3) FALSE DESIGNATION OF
    a California corporation also known as   ORIGIN, FALSE DESCRIPTION
17  DEX and eDEXDEALS.COM; and          AND FALSE REPRESENTATION;
    SHELDON MALCHICOFF, an              (4) COMMON LAW UNFAIR
18  individual,                         COMPETITION;
                                        (5) IMPOSITION OF A
19                                      CONSTRUCTIVE TRUST; AND
              Defendants.               (6) AN ACCOUNTING
20
21
22                    **COMPLAINT**
23
        Microsoft Corporation ("Microsoft") brings this action against Defendants
24
    Data Exchange Corporation, a California corporation also known as DEX and
25
    eDEXdeals.com, and Sheldon Malchicoff, an individual, ("Defendants") alleging
26
    that they engaged in copyright and trademark infringement; false designation of
27
    origin, false description and representation; and unfair competition. Microsoft seeks
28

damages, an accounting, the imposition of a constructive trust upon Defendants' illegal profits, and injunctive relief.

## THE PARTIES

1. Microsoft is a Washington corporation with its principal place of business located in Redmond, Washington. Microsoft develops, markets, distributes and licenses computer software.

2. Upon information and belief, defendant Data Exchange Corporation is a California corporation also known as DEX and eDEXdeals.com ("DEX") that does business on the Internet and in Camarillo, California. DEX is engaged in the business of advertising, marketing, installing, offering, and distributing computer hardware and software, including purported Microsoft software.

3. Upon information and belief, defendant Sheldon Malchicoff, an individual, owns, operates, does business as and/or otherwise controls DEX. Upon information and belief, Sheldon Malchicoff resides and transacts substantial business in this district. Upon information and belief, Sheldon Malchicoff (a) personally participated in and/or (b) had the right and ability to supervise, direct and control the wrongful conduct alleged in this Complaint, and (c) derived direct financial benefit from that wrongful conduct.

## JURISDICTION

4. This Court has subject matter jurisdiction over Microsoft's claims for trademark infringement, copyright infringement and related claims pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, 28 U.S.C. §§ 1331 and 1338(a).

5. This Court has supplemental jurisdiction over Microsoft's claims arising under the laws of California pursuant to 28 U.S.C. § 1367(a) because these claims are so related to Microsoft's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative fact.

/ / /

/ / /

41826-5600/LEGAL23003498.1

1

**VENUE**

2      6.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and §

3   1400(a) because (a) the acts of infringement and other wrongful conduct alleged

4   occurred in the Central District of California, (b) Defendants may be found in the

5   Central District of California, and (c) Defendants have a sufficient connection with

6   the Central District of California to make venue proper in this district, all as alleged

7   in this Complaint.

8

**FACTS COMMON TO ALL CLAIMS**

9      7.      Microsoft develops, advertises, markets, distributes, and licenses a

10   number of computer software programs.  Microsoft's software programs are

11   recorded on discs, and they are packaged and distributed together with associated

12   proprietary materials such as user's guides, user's manuals, end user license

13   agreements, and other components.

14      8.      Microsoft Windows XP:  Microsoft has developed, advertises, markets,

15   distributes, and licenses a software package known as Microsoft Windows XP

16   Professional ("Windows XP").  Windows XP is an operating system for desktop and

17   laptop systems.  It performs a number of computer-related operations including, but

18   not limited to, providing support for various applications and allowing remote

19   access to data and applications stored on Windows XP desktops from network

20   connections.  Microsoft holds a valid copyright in Windows XP (including user's

21   reference manuals, user's guides, and screen displays) that was duly and properly

22   registered with the United States Copyright Office.  A true and correct copy of the

23   Registration Certificate for Microsoft Windows XP, bearing the number TX 5-407-

24   055, is attached hereto as Exhibit 1 and is incorporated by reference.

25      9.      Microsoft has also duly and properly registered a number of trademarks

26   and a service mark in the United States Patent and Trademark Office on the

27   Principal Register, including, but not limited to:

28

1          A.     "MICROSOFT," Trademark and Service Mark Registration No.

2  1,200,236, for computer programs and computer programming services;

3          B.     "MICROSOFT," Trademark Registration No. 1,256,083, for

4  computer hardware and software manuals, newsletters, and computer

5  documentation;

6          C.     WINDOWS, Trademark Registration No. 1,872,264 for

7  computer programs and manuals sold as a unit; and

8          D.     COLORED FLAG DESIGN, Trademark Registration No.

9  2,744,843, for computer software;

10     True and correct copies of the Trademark Registrations for A through D

11  above are attached hereto as Exhibits 2 through 5, respectively, and are incorporated

12  by reference.

13                       **Defendants' Infringement**

14     10.    Defendants advertised, marketed, installed, offered and distributed

15  unauthorized copies of Microsoft software after Microsoft warned Defendants of the

16  consequences of infringing Microsoft's copyrights, trademarks and/or service mark.

17     11.    On information and belief, Defendants advertise that the computers that

18  they sell come pre-installed with Microsoft software.  In the advertisements,

19  Defendants misappropriate and/or infringe Microsoft's copyrights, advertising ideas,

20  style of doing business, slogans, trademarks and/or service mark.

21     12.    The computers sold by Defendants actually have infringing copies of

22  Microsoft software installed.

23     13.    In or about November 2009, Defendants distributed to an investigator

24  computer systems with unauthorized copies of Windows XP installed.

25     14.    By letter dated December 21, 2011, Microsoft informed Defendants

26  that they may have distributed unlicensed Microsoft software and warned them of

27  the consequences of such infringement.

28

41826-5600/LEGAL23003498.1

15.     Nevertheless, in or about January 2012, Defendants distributed to an investigator computer systems with unauthorized copies of Windows XP installed.

16.     On information and belief, these are not isolated incidents.  Rather, Defendants have been and continue to be involved in advertising, marketing, installing, offering, and/or distributing counterfeit and infringing copies of Microsoft's software and/or related components to unidentified persons or entities.

17.     On information and belief, Defendants have committed and are continuing to commit acts of copyright and trademark infringement against Microsoft.  On information and belief, at a minimum, Defendants were willfully blind and acted in reckless disregard of Microsoft's registered copyrights, trademarks and service marks.

18.     On information and belief, Microsoft has been harmed by Defendants' advertising activities, including the unauthorized use of Microsoft's copyright protected material, and the unauthorized use of Microsoft's marks to describe the items that Defendants are distributing.

**First Claim**
**[Copyright Infringement – 17 U.S.C. § 501, et seq.]**
**Against All Defendants**

19.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 18, inclusive.

20.     Microsoft is the sole owner of Microsoft Windows XP and of the corresponding copyright and Certificate of Registration.

21.     Defendants have infringed the copyrights in Microsoft's software, including but not limited Microsoft Windows XP, by advertising, marketing, installing, offering, and/or distributing infringing materials in the United States of America without approval or authorization from Microsoft.

22.     At a minimum, Defendants acted with willful blindness to and in reckless disregard of Microsoft's registered copyrights.

/ / /

5

41826-5600/LEGAL23003498.1

23.    As a result of the wrongful conduct, Defendants are liable to Microsoft for copyright infringement.  17 U.S.C. § 501.  Microsoft has suffered damages. Microsoft is entitled to recover damages, which include any and all profits Defendants have made as a result of the wrongful conduct.  17 U.S.C. § 504. Alternatively, Microsoft is entitled to statutory damages under 17 U.S.C. § 504(c).

24.    In addition, for the reasons set forth above, the award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2).

25.    Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503.  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's copyrights are unique and valuable property which have no readily determinable market value, (b) Defendants' infringement harms Microsoft such that Microsoft could not be made whole by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

26.    Microsoft is also entitled to recover its attorneys' fees and costs of suit. 17 U.S.C. § 505.

**Second Claim**
**[Trademark Infringement – 15 U.S.C. § 1114]**
**Against All Defendants**

27.    Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 26, inclusive.

28.    Defendants' activities constitute infringement of Microsoft's federally registered trademarks and service mark in violation of the Lanham Trademark Act, including but not limited to 15 U.S.C. § 1114(1).

29.    Because Microsoft advertises, markets, distributes, and licenses its software under the trademarks and service mark described in this Complaint, these trademarks and service mark are the means by which Microsoft's software is

/ / /

6

1   distinguished from the software and related items of others in the same or related

2   fields.

3       30.     Because of Microsoft's long, continuous, and exclusive use of these

4   trademarks and service mark, they have come to mean, and are understood by

5   customers, end users, and the public to signify, software programs or services of

6   Microsoft.

7       31.     The infringing materials that Defendants have and are continuing to

8   advertise, market, install, offer, and distribute are likely to cause confusion, mistake,

9   or deception as to their source, origin, or authenticity.

10       32.     Further, Defendants' activities are likely to lead the public to conclude,

11   incorrectly, that the infringing materials that Defendants are advertising, marketing,

12   installing, offering, and/or distributing originate with or are authorized by Microsoft,

13   to the damage and harm of Microsoft, its licensees, and the public.

14       33.     Upon information and belief, Defendants advertised, marketed,

15   installed, offered or distributed infringing material with the purposes of misleading

16   or confusing customers and the public as to the origin and authenticity of the

17   infringing materials and of trading upon Microsoft's business reputation.

18       34.     At a minimum, Defendants acted with willful blindness to and in

19   reckless disregard of Microsoft's registered marks.

20       35.     As a result of the wrongful conduct, Defendants are liable to Microsoft

21   for trademark infringement.  15 U.S.C. § 1114(1).  Microsoft has suffered damages.

22   Microsoft is entitled to recover damages, which include any and all profits

23   Defendants have made as a result of the wrongful conduct.  15 U.S.C. § 1117(a).

24       36.     In addition, because Defendants' infringement of Microsoft's

25   trademarks and service mark as described above, the award of actual damages and

26   profits should be trebled pursuant to 15 U.S.C. §1117(b).  Alternatively, Microsoft

27   is entitled to statutory damages under 15 U.S.C. § 1117(c).

28   / / /

41826-5600/LEGAL23003498.1

1    37.    Microsoft is also entitled to injunctive relief pursuant to 15 U.S.C. §

2    1116(a) and to an order compelling the impounding of all infringing materials

3    advertised, marketed, installed, offered or distributed by Defendants pursuant to 15

4    U.S.C. § 1116, subsections (a) and (d)(1)(A).  Microsoft has no adequate remedy at

5    law for Defendants' wrongful conduct because, among other things, (a) Microsoft's

6    trademarks and service mark are unique and valuable property which have no

7    readily determinable market value, (b) Defendants' infringement constitutes harm to

8    Microsoft's such that Microsoft could not be made whole by any monetary award,

9    (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to

10   become further confused, mistaken, or deceived as to the source, origin or

11   authenticity of the infringing materials, and (d) Defendants' wrongful conduct, and

12   the resulting damage to Microsoft, is continuing.

13   38.    Microsoft is also entitled to recover its attorneys' fees and costs of suit.

14   15 U.S.C. § 1117.

15   **Third Claim**
**[False Designation Of Origin, False Description And Representation Of**
**Microsoft Packaging – --15 U.S.C. § 1125 et seq.]**

16   **Against All Defendants**

17   39.    Microsoft repeats and incorporates by this reference each and every

18   allegation set forth in paragraphs 1 through 38, inclusive.

19   40.    Because Microsoft advertises, markets, distributes, and licenses its

20   software under the trademarks and service mark described in this Complaint, these

21   trademarks and service mark are the means by which Microsoft's software is

22   distinguished from the software or products of others in the same field or related

23   fields.

24   41.    Because of Microsoft's long, continuous, and exclusive use of these

25   trademarks and service mark, they have come to mean, and are understood by

26   customers, end users, and the public to signify, software or services of Microsoft.

27   / / /

28   / / /

42.     Microsoft has also designed distinctive and aesthetically pleasing displays, logos, icons, graphic images, and packaging (collectively, "Microsoft visual designs") for its software programs.

43.     Defendants' wrongful conduct includes the use of Microsoft's marks, name, and/or imitation visual designs, specifically displays, logos, icons, graphic designs, and/or packaging virtually indistinguishable from Microsoft visual designs, in connection with their goods and services.

44.     Upon information and belief, Defendants engaged in such wrongful conduct with the purpose of misleading or confusing customers and the public as to the origin and authenticity of the goods and services advertised, marketed, installed, offered or distributed in connection with Microsoft's marks, name, and imitation visual designs, and of trading upon Microsoft's goodwill and business reputation. Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that the imitation visual images originate from or are authorized by Microsoft, all in violation of § 43(a) of the Lanham Trademark Act, set forth at 15 U.S.C. § 1125(a).

45.     Defendants' wrongful conduct is likely to continue unless restrained and enjoined.

46.     As a result of Defendants' wrongful conduct, Microsoft has suffered and will continue to suffer damages.  Microsoft is entitled to injunctive relief and to an order compelling the impounding of all imitation marks and visual designs being used, advertised, marketed, installed, offered or distributed by Defendants. Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's marks, name and visual designs are unique and valuable property which have no readily-determinable market value, (b) Defendants' advertising, marketing, installation, or distribution of imitation visual designs constitutes harm to Microsoft such that Microsoft could not be made whole / / /

41826-5600/LEGAL23003498.1

by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

### Fourth Claim
#### [California Common Law Unfair Competition]
#### Against All Defendants

47.   Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 46, inclusive.

48.   The acts and conduct of Defendants as alleged above in this Complaint constitute unfair competition pursuant to the common law of California.

49.   Defendants' acts and conduct are likely to confuse the public into believing that the items being offered or distributed by Defendants are sponsored, approved or authorized by Microsoft in violation of Microsoft's rights under the common law of unfair competition of the State of California.

50.   Defendants' acts and conduct as alleged above have damaged and will continue to damage Microsoft's goodwill and reputation and have resulted in losses to Microsoft and an illicit gain of profit to Defendants in an amount unknown at the present time.

### Fifth Claim
#### [For Imposition Of A Constructive Trust Upon Illegal Profits]
#### Against All Defendants

51.   Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 50, inclusive.

52.   Defendants' conduct constitutes deceptive and wrongful conduct in the nature of passing off the infringing materials as genuine Microsoft software or related components approved or authorized by Microsoft.

53.   By virtue of Defendants' wrongful conduct, Defendants have illegally received money and profits that rightfully belong to Microsoft.

54.   Upon information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, or personal property that can be located and traced.

1   55.   Defendants hold the money and profits Defendants have illegally

2   received as constructive trustees for the benefit of Microsoft.

3   **Sixth Claim**
   **[Accounting]**

4   **Against All Defendants**

5   56.   Microsoft repeats and incorporates by this reference each and every

6   allegation set forth in paragraphs 1 through 55, inclusive.

7   57.   Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. §

8   1117, to recover any and all profits of Defendants that are attributable to the acts of

9   infringement.

10   58.   Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. §

11   1117, to actual damages or statutory damages sustained by virtue of Defendants'

12   acts of infringement.

13   59.   The amount of money due from Defendants to Microsoft is unknown to

14   Microsoft and cannot be ascertained without a detailed accounting by Defendants of

15   the precise number of units of infringing material advertised, marketed, installed,

16   offered or distributed by Defendants.

17   **PRAYER FOR RELIEF**

18   WHEREFORE, Microsoft respectfully requests judgment as follows:

19   (1)   That the Court enter a judgment against Defendants as indicated below:

20   (a)   that Defendants have infringed Microsoft's rights in the

21   following federally registered copyright, in violation of 17 U.S.C. § 501:  TX 5-407-

22   055 ("Windows XP");

23   (b)   that Defendants have infringed Microsoft's rights in the

24   following federally registered trademarks and service mark, in violation of 15

25   U.S.C. § 1114:

26   (1)   1,200,236 ("MICROSOFT");

27   (2)   1,256,083 ("MICROSOFT");

28   (3)   1,872,264 ("WINDOWS"); and

11

1    (4)    2,744,843 (COLORED FLAG DESIGN);

2    (c)    that the infringement described in 1(a) and 1(b) was committed

3    by Defendants, at a minimum, with willful blindness and/or reckless disregard;

4    (d)    that Defendants have committed and are committing acts of false

5    designation of origin, false or misleading description of fact, and false or misleading

6    representation against Microsoft, in violation of 15 U.S.C. § 1125(a);

7    (e)    that Defendants have engaged in unfair competition in violation

8    of California common law; and

9    (f)    that Defendants have otherwise injured the business reputation

10   and business of Microsoft by the acts and conduct set forth in this Complaint.

11   (2)    That the Court issue injunctive relief against Defendants, and that

12   Defendants, any directors, principals, officers, agents, representatives, servants,

13   employees, attorneys, successors and assigns, and all others in active concert or

14   participation with Defendants, be enjoined and restrained from:

15   (a)    imitating, copying, or making any other infringing use or

16   infringing distribution of the software programs, components , end user license

17   agreements ("EULA"), certificates of authenticity ("COAs") and/or items protected

18   by the following copyright Certificate Registration No .:  TX 5-407-055 ("Windows

19   XP"); or the software programs, components and/or items protected by Microsoft's

20   registered trademarks and service mark, including, but not limited to, the following

21   Trademark Registration Nos.:

22   (1)    1,200,236 ("MICROSOFT");

23   (2)    1,256,083 ("MICROSOFT");

24   (3)    1,872,264 ("WINDOWS"); and

25   (4)    2,744,843 (COLORED FLAG DESIGN);

26   and any other items or works now or hereafter protected by any Microsoft trademark

27   or copyright;

28

12

(b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA and/or item bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service mark, or copyrights, including, but not limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed in Sections (2)(a) above;

(c)    using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service mark, or copyright including, but not limited to the Trademark, Service Mark, and Copyright Registration Numbers listed in Section (2)(a) above, in connection with the manufacture, assembly, production, distribution, offering for distribution, circulation, sale, offering for sale, import, advertisement, promotion, or display of any software program, component, EULA, COA, and/or item not authorized or licensed by Microsoft;

(d)    using any false designation of origin or false or misleading description or false or misleading representation that can or is likely to lead the trade or public or individuals erroneously to believe that any software program, component, and/or item has been manufactured, assembled, produced, distributed, offered for distribution, circulation, sold, offered for sale, imported, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is not true in fact;

(e)    engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit, these trademarks, service mark, and/or copyrights; and

/ / /

/ / /

13

1         (f)     assisting, aiding, or abetting any other person or business entity

2    in engaging in or performing any of the activities referred to in subparagraphs (a)

3    through (e) above.

4         (3)     That the Court enter an order pursuant to 15 U.S.C. § 1116(a)(d)(1)(A)

5    and 17 U.S.C. § 503 impounding all counterfeit and infringing copies of purported

6    Microsoft software and/or materials bearing any of Microsoft's trademarks or

7    service mark, and any related item, including business records, that is in

8    Defendants' possession or under their control;

9         (4)     That the Court enter an order declaring that Defendants hold in trust, as

10   a constructive trustees for the benefit of Microsoft, the illegal profits obtained from

11   their distribution of counterfeit and infringing copies of Microsoft's software, and

12   requiring Defendants to provide Microsoft a full and complete accounting of all

13   amounts due and owing to Microsoft as a result of Defendants' illegal activities.

14        (5)     That the Court order Defendants to pay Microsoft's general, special,

15   actual, and statutory damages as follows:

16        (a)     Microsoft's damages and Defendants' profits pursuant to 17

17   U.S.C. § 504(b), or alternatively, enhanced statutory damages pursuant to 17 U.S.C.

18   § 504(c), and 17 U.S.C. § 504(c)(2), for Defendants' infringement of Microsoft's

19   copyrights;

20        (b)     Microsoft's damages and Defendants' profits pursuant to 15

21   U.S.C. § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b) for Defendants' violation

22   of Microsoft's registered trademarks and service mark, or in the alternative, statutory

23   damages pursuant to 15 U.S.C. §1117(c) for each counterfeit mark; and

24        (c)     Microsoft's damages and Defendants' profits pursuant to

25   California common law;

26        (6)     That the Court order Defendants to pay to Microsoft both the costs of

27   this action and the reasonable attorneys' fees incurred by it in prosecuting this

28   action; and

14

1      (7)    That the Court grant to Microsoft such other and additional relief as is

2  just and proper.

3      DATED:  March 7, 2012.

4

5                       **PERKINS COIE** LLP

6                     By _____

7                       Katherine M. Dugdale
                           Attorneys for Plaintiff
                           MICROSOFT CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

41826-5600/LEGAL23003498.1

**EXHIBIT 1**

08/03/02 MON 13:45 FAX 4205941424

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on the certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

# FORM TX
**For a Nondramatic Literary Work**
**UNITED STATES COPYRIGHT OFFICE**

**TX 5-407-055**

EFFECTIVE DATE OF REGISTRATION

**Nov. 6, 2001**
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

**TITLE OF THIS WORK ▼**
Microsoft Windows XP Professional

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give    **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

**2**

**NAME OF AUTHOR ▼**
**a** Microsoft Corporation

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Entire work - computer software program, documentation & text on product packaging

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**
**b**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**
**c**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE** Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**3**

**a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ 10    Day ▶ 25    Year ▶ 2001
U.S.A. ◀Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼ Microsoft Corporation
Law and Corporate Affairs
One Microsoft Way
Redmond, WA 98052

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
**NOV 0 6 2001**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**NOV 0 6 2001**
FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __2__ pages

**Exhibit 1 Page 16**

06/03/02  MON 13:40  FAX ...........

EXAMINED BY _Tms'_                FORM TX

CHECKED BY

☐ CORRESPONDENCE
    ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? ▼

☒ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☒ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼   **Year of Registration** ▼
TX 5-036-257                                                    2000

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

a.   Previous version & files copyrighted by various third parties

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b.   Additional programming text, additional written text, and editorial revisions

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                    Account Number ▼

a.   Microsoft Corporation                               DA063819

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  Name/Address/Apt/City/State/ZIP ▼

b.   Microsoft Corporation, ATTN: Judy Weston
     One Microsoft Way
     Redmond, WA 98052

Area code and daytime telephone number ▶ (425) 936-9104          Fax number ▶ (425) 936-7329

Email ▶ judywn@microsoft.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                                              Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of __Microsoft Corporation__
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Judy K.K. Weston                                         Date ▶ November 5, 2001

Handwritten signature (X) ▼

The filing fee of $20.00 is effective through June 30, 1999. After that date, please write the Copyright Office,
check the Copyright Office Website at http://www.loc.gov/copyright, or call (202) 707-3000 for the latest fee information.

**8**

Mail
certificate
to:

**Name** ▼
Microsoft Corporation, ATTN: Judy Weston
Law and Corporate Affairs

Certificate
will be
mailed in
window
envelope

**Number/Street/Apt** ▼
One Microsoft Way

**City/State/ZIP** ▼
Redmond, WA 98052

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

December 1996—65,000                ⊕ PRINTED ON RECYCLED PAPER                ☆ U.S. GOVERNMENT PRINTING OFFICE: 1996-434-879/40,020

**Exhibit 1 Page 17**

**EXHIBIT 2**

Int. Cls.: 9 and 42

Prior U.S. Cls.: 26, 38 and 101

## United States Patent and Trademark Office

Reg. No. 1,200,236
Registered Jul. 6, 1982

### TRADEMARK
### SERVICE MARK
Principal Register

# MICROSOFT

Microsoft (partnership)
Suite 819
10800 NE. 8th
Bellevue, Wash. 98004

For: COMPUTER PROGRAMS, in CLASS 9 (U.S. Cls. 26 and 38).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.
For: COMPUTER PROGRAMMING SER-

VICES, in CLASS 42 (U.S. Cl. 101).
First use Nov. 12, 1975; in commerce Nov. 12, 1975.

Ser. No. 236,080, filed Oct. 22, 1979.

B. H. VERTIZ, Primary Examiner

CHERYL LYNNE HENDERSON, Examiner

### Certificate of Correction

Registered July 6, 1982                    Registration No. 1,200,236

Microsoft Corporation, by change of name and assignment from Microsoft

It is hereby certified that the above identified registration is in error requiring correction as follows:

In the statement, column 1, before line 1, *Microsoft Corporation (Washington corporation), 10700 Northup Way, Bellevue, Wash. 98004, by change of name and assignment from* should be inserted.

The said registration should be read as corrected above.

Signed and sealed this 3rd day of April 1984.



Attest:

**Exhibit 2 Page 18**

**EXHIBIT 3**

Int. Cl.: 16

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,256,083
Registered Nov. 1, 1983

### TRADEMARK
Principal Register

# MICROSOFT

Microsoft Corporation (Washington corporation)
10700 Northup Way
Bellevue, Wash. 98004

For: COMPUTER HARDWARE AND SOFT-WARE MANUALS; NEWSLETTER FEATUR-ING INFORMATION ABOUT COMPUTER HARDWARE AND SOFTWARE AND GENER-AL INFORMATION RELATING TO COMPUT-ERS FOR MANUFACTURERS, DISTRIBUTORS, AND USERS OF COMPUTERS AND COMPUT-ER SOFTWARE; AND COMPUTER DOCUMEN-TATION—NAMELY, REFERENCE, USER, INSTRUCTIONAL, AND GENERAL UTILITIES MANUALS AND DATA SHEETS FOR COM-PUTER HARDWARE AND SOFTWARE USERS, in CLASS 16 (U.S. Cl. 38).

First use Nov. 1975; in commerce Nov. 1975.

Ser. No. 373,992, filed Jul. 12, 1982.

J. H. WEBB, Examining Attorney

Exhibit 3 Page 19

**EXHIBIT 4**



Int. Cl.: 9

Prior U.S. Cl.: 38

## United States Patent and Trademark Office

Reg. No. 1,872,264
Registered Jan. 10, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## WINDOWS

MICROSOFT CORPORATION (DELAWARE CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER PROGRAMS AND MANUALS SOLD AS A UNIT; NAMELY, GRAPHICAL OPERATING ENVIRONMENT PROGRAMS FOR MICROCOMPUTERS, IN CLASS 9 (U.S. CL. 38).

FIRST USE 10–18–1983; IN COMMERCE 10–18–1983.

SEC. 2(F).

SER. NO. 74–090,419, FILED 8–20–1990.

ESTHER BELENKER, EXAMINING ATTORNEY

Exhibit 4 Page 20

**EXHIBIT 5**

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**United States Patent and Trademark Office**

Reg. No. 2,744,843

Registered July 29, 2003

## TRADEMARK
## PRINCIPAL REGISTER



MICROSOFT CORPORATION (WASHINGTON CORPORATION)
ONE MICROSOFT WAY
REDMOND, WA 980526399

FOR: COMPUTER SOFTWARE, NAMELY, OPERATING SYSTEM PROGRAMS AND UTILITIES, WORD PROCESSING PROGRAMS, ADDRESS BOOK PROGRAMS, CALCULATOR PROGRAMS, TERMINAL EMULATION PROGRAMS, PROGRAMS FOR DOWNLOADING AND PLAYING AUDIO AND VIDEO, PROGRAMS FOR MANAGING COMPUTER POWER SUPPLIES, PROGRAMS FOR USE IN TRANSMITTING DATA BETWEEN COMPUTERS AND OTHER ELECTRONIC DEVICES, COMPUTER MAINTENANCE PROGRAMS, PROGRAMS FOR PROVIDING ENHANCED SPECIAL EFFECTS WHILE RUNNING GAME PROGRAMS, PROGRAMS FOR USE IN ACCESSING AND PLAYING CDS AND DVDS, BROWSER PROGRAMS, ACCESSIBILITY PROGRAMS TO MAKE COMPUTERS MORE USEFUL FOR PERSONS WITH DISABILITIES; PAINT PROGRAMS, NAMELY, COMPUTER SOFTWARE FOR USE IN CREATING, EDITING AND COLORING DRAWINGS; ELECTRONIC MAIL PROGRAMS; PROGRAMS FOR ELECTRONIC CONFERENCING; COMPUTER SOFTWARE FOR PLAYING VIDEO AND ELECTRONIC GAMES AND COMPUTER GAMES; USER MANUALS THEREFOR SOLD AS A UNIT THEREWITH; COMPUTERS; COMPUTER HARDWARE; AND FULL LINE OF COMPUTER APPLICATION PROGRAMS; COMPUTER PERIPHERALS; COMPUTER MICE AND POINTING DEVICES; HAND HELD COMPUTERS; DVD PLAYERS; DIGITAL CELLULAR PHONES; BLANK SMART CARDS, NAMELY, ENCODED ELECTRONIC CHIP CARDS CONTAINING PROGRAMMING FOR VARIOUS BUSINESS AND TECHNICAL FUNCTIONS; COMMUNICATION SERVERS, AND COMPUTER APPLICATION PROGRAMS AND OPERATING SYSTEM PROGRAMS FOR USE THEREWITH; COMPUTER PROGRAMS FOR MANAGING COMMUNICATIONS AND DATA EXCHANGE BETWEEN COMPUTERS AND ELECTRONIC DEVICES; VIDEO GAME MACHINES FOR USE WITH TELEVISIONS AND COMPUTERS, AND OPERATING SYSTEM SOFTWARE FOR USE THEREWITH; OPERATING SYSTEM SOFTWARE FOR USE IN PLAYING ELECTRONIC GAMES; COMPUTER HARDWARE AND PERIPHERALS; COMPUTER KEYBOARDS; COMPUTER AND VIDEO GAME JOYSTICKS; VIDEO GAME INTERACTIVE CONTROL FLOOR PADS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-26-2001; IN COMMERCE 3-26-2001.

OWNER OF U.S. REG. NOS. 1,815,350, 1,816,354, AND OTHERS.

THE MARK CONSISTS OF A FLAG DESIGN. THE UPPER LEFT PORTION OF THE FLAG IS RED, THE LOWER LEFT PORTION IS BLUE, THE UPPER RIGHT PORTION IS GREEN, AND THE LOWER RIGHT PORTION IS YELLOW. COLOR IS CLAIMED AS PART OF THE MARK.

**Exhibit 5 Page 21**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Charles Eick.

The case number on all documents filed with the Court should read as follows:

## CV12- 1929 R (Ex)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
Katherine M. Dugdale (SBN 168014)
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MICROSOFT CORPORATION, a Washington corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | **CV 12 1929-R (Ex)** |
| DATA EXCHANGE CORPORATION, a California corporation also known as DEX and eDEXDEALS.COM; and SHELDON MALCHICOFF, an individual | **SUMMONS** |
| DEFENDANT(S). | |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Katherine M. Dugdale_____, whose address is _Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated:     **MAR - 7 2012**

Clerk, U.S. District Court

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

Name & Address:
Katherine M. Dugdale (SBN 168014)
Perkins Coie LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MICROSOFT CORPORATION, a Washington corporation | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | **CV 12 1929—R (Ex)** |
| DATA EXCHANGE CORPORATION, a California corporation also known as DEX and eDEXDEALS.COM; and SHELDON MALCHICOFF, an individual | **SUMMONS** |
| DEFENDANT(S). | |

TO:  DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Katherine M. Dugdale_____, whose address is _Perkins Coie LLP, 1888 Century Park East, Suite 1700, Los Angeles, CA 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:  MAR - 7 2012 _____

By: _____
MARILYN DAVIS
Deputy Clerk

SEAL

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STA~~~ DISTRICT COURT, CENTRAL DISTRI~~~ )F CALIFORNIA**
CIVIL COVER SHEET

CONFORMED COPIES

| **I (a) PLAINTIFFS** (Check box if you are representing yourself □)<br>MICROSOFT CORPORATION, a Washington corporation | **DEFENDANTS**<br>DATA EXCHANGE CORPORATION, a California corporation also known as DEX and eDEXDEALS.COM; and SHELDON MALCHICOFF, an individual |
|---|---|
| )) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>Katherine M. Dugdale (SBN 168014), Perkins Coie LLP<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067, 310 788-9900 | Attorneys (If Known) |

**. BASIS OF JURISDICTION** (Place an X in one box only.)

□ 1 U.S. Government Plaintiff ☑ 3 Federal Question (U.S. Government Not a Party)

□ 2 U.S. Government Defendant □ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business in this State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding □ 2 Removed from State Court □ 3 Remanded from Appellate Court □ 4 Reinstated or Reopened □ 5 Transferred from another district (specify): □ 6 Multi-District Litigation □ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** □ Yes ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** □ Yes ☑ No □ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Infringement(17 USC § 501); Federal Trademark Infringement(15 USC § 1114); False Designation of Origin, False Description and False Representation (15 USC § 1125)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| □ 400 State Reapportionment | □ 110 Insurance | □ 310 Airplane | | □ 510 Motions to Vacate Sentence Habeas Corpus | □ 710 Fair Labor Standards Act |
| □ 410 Antitrust | □ 120 Marine | □ 315 Airplane Product Liability | □ 370 Other Fraud | | □ 720 Labor/Mgmt. Relations |
| □ 430 Banks and Banking | □ 130 Miller Act | □ 320 Assault, Libel & Slander | □ 371 Truth in Lending | □ 530 General | □ 730 Labor/Mgmt. Reporting & Disclosure Act |
| □ 450 Commerce/ICC Rates/etc. | □ 140 Negotiable Instrument | □ 330 Fed. Employers' Liability | □ 380 Other Personal Property Damage | □ 535 Death Penalty | |
| □ 460 Deportation | □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 340 Marine | □ 385 Property Damage Product Liability | □ 540 Mandamus/ Other | □ 740 Railway Labor Act |
| □ 470 Racketeer Influenced and Corrupt Organizations | □ 151 Medicare Act | □ 345 Marine Product Liability | BANKRUPTCY | □ 550 Civil Rights | □ 790 Other Labor Litigation |
| □ 480 Consumer Credit | □ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | □ 350 Motor Vehicle | □ 422 Appeal 28 USC 158 | □ 555 Prison Condition | □ 791 Empl. Ret. Inc. Security Act |
| □ 490 Cable/Sat TV | | □ 355 Motor Vehicle Product Liability | □ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| □ 810 Selective Service | □ 153 Recovery of Overpayment of Veteran's Benefits | □ 360 Other Personal Injury | CIVIL RIGHTS | □ 610 Agriculture | ☑ 820 Copyrights |
| □ 850 Securities/Commodities/ Exchange | □ 160 Stockholders' Suits | □ 362 Personal Injury-Med Malpractice | □ 441 Voting | □ 620 Other Food & Drug | □ 830 Patent |
| □ 875 Customer Challenge 12 USC 3410 | □ 190 Other Contract | □ 365 Personal Injury-Product Liability | □ 442 Employment | □ 625 Drug Related Seizure of Property 21 USC 881 | □ 840 Trademark |
| □ 890 Other Statutory Actions | □ 195 Contract Product Liability | □ 368 Asbestos Personal Injury Product Liability | □ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| □ 891 Agricultural Act | □ 196 Franchise | | □ 444 Welfare | □ 630 Liquor Laws | □ 861 HIA (1395ff) |
| □ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | □ 445 American with Disabilities - Employment | □ 640 R.R. & Truck | □ 862 Black Lung (923) |
| □ 893 Environmental Matters | □ 210 Land Condemnation | □ 462 Naturalization Application | □ 446 American with Disabilities - Other | □ 650 Airline Regs | □ 863 DIWC/DIWW (405(g)) |
| □ 894 Energy Allocation Act | □ 220 Foreclosure | □ 463 Habeas Corpus-Alien Detainee | □ 440 Other Civil Rights | □ 660 Occupational Safety /Health | □ 864 SSID Title XVI |
| □ 895 Freedom of Info. Act | □ 230 Rent Lease & Ejectment | □ 465 Other Immigration Actions | | □ 690 Other | □ 865 RSI (405(g)) |
| □ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | □ 240 Torts to Land | | | | FEDERAL TAX SUITS |
| □ 950 Constitutionality of State Statutes | □ 245 Tort Product Liability | | | | □ 870 Taxes (U.S. Plaintiff or Defendant) |
| | □ 290 All Other Real Property | | | | □ 871 IRS-Third Party 26 USC 7609 |

**CV12 1929**

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

UNITED STA⟨ ⟩ DISTRICT COURT, CENTRAL DISTRI⟨ ⟩F CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Washington |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Ventura County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date March 07, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases: .

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |