| | |
|---|---|
| 1 | Katherine M. Dugdale, Bar No. 168014 |
| | KDugdale@perkinscoie.com |
| 2 | Audra M. Mori, Bar No. 162850 |
| | AMori@perkinscoie.com |
| 3 | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| 4 | Los Angeles, CA  90067-1721 |
| | Telephone:  310.788.9900 |
| 5 | Facsimile:  310.788.3399 |
| 6 | Attorneys for Plaintiff |
| 7 | MICROSOFT CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation, | Case No. 2:12cv-01929 R (Ex) |
| Plaintiff, | |
| v. | ORDER RE STIPULATED PERMANENT INJUNCTION |
| DATA EXCHANGE CORPORATION, a California corporation also known as DEX and eDEXDEALS.COM; and SHELDON MALCHICOFF, an individual, | |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that defendants Data Exchange Corporation, a California corporation also known as DEX and edexdeals.com, and Sheldon Malchicoff, an individual, (collectively "Defendants") along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

41826-5600.0019/LEGAL26314745.1

      (a)    illegally or improperly imitating or copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

          (1)    1,200,236 ("MICROSOFT");

          (2)    1,256,083 ("MICROSOFT");

          (3)    1,872,264 ("WINDOWS");

          (4)    2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.:

          (1)    TX 5-407-055 ("Windows XP Professional");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

      (b)    manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any illegal or improper simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

      (c)    using any illegal or improper simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement, promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

1       (d)     using any false designation of origin or false description which
2  can or is likely to lead the trade or public or individuals erroneously to believe that
3  any software, component, EULA, item, or thing has been manufactured, produced,
4  distributed, offered for distribution, advertised, promoted, displayed, licensed,
5  sponsored, approved, or authorized by or for Microsoft, when such is in fact not
6  true;

7       (e)     engaging in any other activity constituting an illegal distribution
8  of any Microsoft software, component, EULA, Certificate of Authenticity, item, or
9  thing and/or constituting an infringement of any of Microsoft's trademarks, service
10 mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit
11 these trademarks, service mark, and/or copyrights or constituting any illegal
12 dilution of Microsoft's name, reputation, or goodwill; and

13      (f)     assisting, aiding, or abetting any other person or business entity
14 in engaging in or performing any of the activities referred to in paragraphs (a)
15 through (e) above.

**IT IS SO ORDERED.**

Dated:  _April 15, 2013__     _____
                              HON. MANUEL L. REAL
                              United States District Court Judge