1   Katherine M. Dugdale, Bar No. 168014
    KDugdale@perkinscoie.com
2   Audra M. Mori, Bar No. 162850
    AMori@perkinscoie.com
3   PERKINS COIE LLP
    1888 Century Park E., Suite 1700
4   Los Angeles, CA  90067-1721
    Telephone:  310.788.9900
5   Facsimile:  310.788.3399

6   Attorneys for Plaintiff
    MICROSOFT CORPORATION
7

8                  UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                      WESTERN DIVISION

11

12  MICROSOFT CORPORATION, a            Case No. 2:12cv-01929 R (Ex)
    Washington corporation,
13
                    Plaintiff,
14                                       ORDER RE STIPULATED
        v.                               PERMANENT INJUNCTION
15
    DATA EXCHANGE
16  CORPORATION, a California
    corporation also known as DEX and
17  eDEXDEALS.COM; and SHELDON
    MALCHICOFF, an individual,
18
                    Defendants.
19

20

21          Pursuant to the stipulation of the parties, and good cause appearing therefore,

22  IT IS ORDERED that defendants Data Exchange Corporation, a California

23  corporation also known as DEX and edexdeals.com, and Sheldon Malchicoff, an

24  individual, (collectively "Defendants") along with their directors, principals,

25  officers, agents, servants, employees, representatives, successors and assigns, and

26  all those persons or entities acting in concert or participation with them, shall be

27  and hereby are PERMANENTLY ENJOINED and restrained from:

28

41826-5600.0019/LEGAL26314745.1

1        (a)    illegally or improperly imitating or copying, or making any

2    other infringing use or infringing distribution of software programs, components,

3    end user license agreements ("EULA") or items protected by Microsoft's registered

4    trademarks and service mark, including, but not limited to, the following

5    Trademark Registration Nos.:

6        (1)    1,200,236 ("MICROSOFT");

7        (2)    1,256,083 ("MICROSOFT");

8        (3)    1,872,264 ("WINDOWS");

9        (4)    2,744,843 (COLORED FLAG DESIGN);

10   or the software programs, components, EULA, items or things protected by the

11   following Certificate of Copyright Registration No.:

12       (1)    TX 5-407-055 ("Windows XP Professional");

13   and any other works now or hereafter protected by any of Microsoft's trademarks or

14   copyrights;

15       (b)    manufacturing, assembling, producing, distributing, offering for

16   distribution, circulating, selling, offering for sale, advertising, importing,

17   promoting, or displaying any software program, component, EULA, item or thing

18   bearing any illegal or improper simulation, reproduction, counterfeit, copy, or

19   colorable imitation of any of Microsoft's registered trademarks or service mark,

20   including, but not limited to, the Trademark and Service Mark Registration Nos.

21   listed in Paragraph (a) above;

22       (c)    using any illegal or improper simulation, reproduction,

23   counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or

24   service mark including, but not limited to, the Trademark and Service Mark

25   Registration Nos. listed in Paragraph (a) above, in connection with the manufacture,

26   distribution, offering for distribution, sale, offering for sale, advertisement,

27   promotion, or display of any software, component, EULA, item or thing not

28   authorized or licensed by Microsoft;

1          (d)     using any false designation of origin or false description which

2    can or is likely to lead the trade or public or individuals erroneously to believe that

3    any software, component, EULA, item, or thing has been manufactured, produced,

4    distributed, offered for distribution, advertised, promoted, displayed, licensed,

5    sponsored, approved, or authorized by or for Microsoft, when such is in fact not

6    true;

7          (e)     engaging in any other activity constituting an illegal distribution

8    of any Microsoft software, component, EULA, Certificate of Authenticity, item, or

9    thing and/or constituting an infringement of any of Microsoft's trademarks, service

10    mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit

11    these trademarks, service mark, and/or copyrights or constituting any illegal

12    dilution of Microsoft's name, reputation, or goodwill; and

13          (f)     assisting, aiding, or abetting any other person or business entity

14    in engaging in or performing any of the activities referred to in paragraphs (a)

15    through (e) above.

16

17      **IT IS SO ORDERED.**

18

19    Dated:  _April 15, 2013__          _____

20                              HON. MANUEL L. REAL
United States District Court Judge

21

22

23

24

25

26

27

28